DECLARATION OF SPECIAL AGENT JULIE SAWYER

I, Julie Sawyer, declare as follows:

1.    I am a Special Agent with the Federal Bureau of Investigation and have been so employed for 9 years.  I have knowledge of the facts set forth herein, and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2.    I am one of the agents assigned to the case of United States v. Jamal Nathan Dawood, SA CR 23-38-JVS.

3.    I recently learned that defendant Jamal Nathan Dawood is listed as "trustee" of a checking account that belonged to Charles and Ann Parcell.  Ann Parcell died in 2024, and Charles Parcell died on November 8, 2025.  Both Ann and Charles Parcell were in their eighties when they passed away.

4.    On January 30, 2026, that checking account received a transfer of $403,382, consisting of proceeds from a life insurance policy for Charles Parcell.  The checking account has also received a number of smaller transfers, consisting of checking accounts that belonged to Charles and Ann Parcell.

5.    Prior to her passing, I interviewed Ann Parcell, who explained that Dawood had transferred her and Charles Parcell's properties to an LLC with herself, Charles Parcell and Dawood listed as the members. Anne Parcell did not understand why Dawood had listed himself as a member on their properties.

6.    On January 7, 2025, I met with Annie Yeo, age 79, who claimed Dawood had extended her loans secured by multiple properties she owned, as well as offered to help with the renovations on said properties. However, instead Dawood refused to complete the work, essentially holding the properties hostage, which prevented Yeo from

renting out the properties and put her in a position of financial hardship. Dawood convinced Yeo to take out an additional loan secured by her personal residence but then retained most of the money as "fees" of which Yeo was previously unaware. Dawood then took action to foreclose on the personal residence. Most recently, Dawood threatened Yeo and her disabled adult son with eviction from their personal residence.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 3, 2026, at Orange, California.

SPECIAL AGENT JULIE SAWYER